**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **VADEST TSAMOH,** | ) | **CASE NO.  3:26-cv-1247** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **WARDEN HOOVER, *et al.,*** | ) | |
| | ) | |
| **Defendants.** | ) | |

On June 2, 2026, the Court ordered Respondents to (1) provide Petitioner with an individualized bond hearing, pursuant to 8 U.S.C. § 1226(a) at which the Government shall bear the burden of proof by clear and convincing evidence of justifying Petitioner's continued detention; or (2) release Petitioner from custody.  On June 11, Respondents reported that the bond hearing had taken place and Tsamoh's request for a change in custody was denied because after a hearing the Immigration Judge ruled that Tsamoh was a danger to the community and a flight risk.  ECF Doc. 6.  Because Respondents fully complied with the Court's order, which had awarded the remedy requested by Petitioner, the case was CLOSED.

On June 14, 2026, Petitioner filed a "First Letter Petitioner's Bond Update."  ECF Doc. 7. The Court has reviewed the letter but finds no basis to re-open the case or review the Immigration Judge's determination.

Dated: June 16, 2026

*s/Dan Aaron Polster*
United States District Judge

1